IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

RONALD DORN

                    Defendant.

**8:18CR75**

**ORDER**


This matter is before the court on the defendant's Unopposed Motion to Continue Trial [30]. Counsel is seeking additional time to complete plea negotiations with the government. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Jury Trial [30] is granted as follows:

1. The jury trial, now set for July 10, 2018, is continued to **September 11, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 11, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).


Dated this 10th day of July, 2018.


                            BY THE COURT:

                            s/Susan M. Bazis
                            United States Magistrate Judge